# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Commonwealth of Pennsylvania, et al., Plaintiffs-Appellees v. President United States, et al, Defendants-Appellees and Little Sisters of the Poor, Intervenor-Defendant-Appellant

APPEAL FROM DISTRICT COURT:
District: Eastern District of Pennsylvania
D.C. Docket No.: 2:17-cv-04540-WB
Date proceedings initiated in D.C.: 10/11/2017
Date Notice of Appeal filed: 08/13/2025
USCA No.: 25-2575

## COUNSEL ON APPEAL

**Appellant(s)**: Little Sisters of the Poor, Saints Peter and Paul Home
Name of Counsel: Mark Rienzi, Lori Windham, Eric Rassbach, Diana Thomson, Adele Keim, Daniel Chen, Benjamin Fleshman, Richard Osborn
Name of Party(ies): Little Sisters of the Poor, Saints Peter and Paul Home
Address: 1919 Pennsylvania Avenue NW, Suite 400
Telephone No.: 202-955-0095
Fax No.: 202-955-0090
E-mail: mrienzi@becketfund.org

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Lisa Eisenberg, Aimee Thomson, Michael Fischer, Nicole Boland
Name of Party(ies): Commonwealth of Pennsylvania
Address: Office of Attorney General of Pennsylvania, 1600 Arch Street, Suite 300, Philadelphia, PA 19103
Telephone No.: 717-787-3391
Fax No.:
E-mail: leisenberg@attorneygeneral.gov

Name of Counsel: Joshua Bohn, Andrew Yang, Marc Krefetz, Meghan Musso
Name of Party(ies): State of New Jersey
Address: Office of Attorney General of New Jersey, Division of Law, 25 Market Street, Hughes Justice Complex, Trenton, NJ 08625
Telephone No.: 609-376-3100
Fax No.:
E-mail: joshua.bohn@law.njoag.gov

Is this a Cross-Appeal?   Yes ☐   No ☑
Appeals Docket No.:

Was there a previous appeal in case?   Yes ☑   No ☐
If yes, Short Title: Commonwealth of Pennsylvania v. President of the United States, et al.
Appeals Docket No.: 17-3679; 19-1129
Citation, if reported: 888 F.3d 52 (April 24, 2018)

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☑   No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
   Yes ☑   No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: State of California, et al v. HHS, et al
D.C. Docket No.: 4:17-cv-05783-HSG
Court or Agency: California Northern District (Oakland)
Docket Number: 4:17-cv-05783-HSG
Citation, if reported: _____

## NATURE OF SUIT
**(Check as many as apply)**

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☑ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:_____

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:_____

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:_____

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:_____

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:_____
- ☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 29th day of August, 20 25.

Signature of Counsel: /s/ Mark L. Rienzi