# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Commonwealth of Pennsylvania, et al. v. President United States, et al.

USCA NO.: 25-2575

LOWER COURT or AGENCY and DOCKET NUMBER:
Eastern District of Pennsylvania No. 2:17-cv-04540-WB

NAME OF JUDGE: Honorable Wendy Beetlestone

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

This suit challenges administrative regulations issued by the federal government to provide religious and moral exemptions from the federal contraceptive mandate for groups such as the Little Sisters of the Poor, who have been litigating the issue since 2013. In 2020, the Supreme Court rejected the states' challenge to these federal regulations, holding both that the federal agencies had the statutory authority to issue them and that the rules were procedurally valid. On remand, the states renewed their challenge to the regulations, claiming that the rules still needed to be vacated because they were arbitrary and capricious.

The district court granted the states' motion for summary judgment, holding that the regulations were arbitrary and capricious because the government failed to (1) provide a reasoned explanation for them and (2) consider alternatives. The Little Sisters of the Poor filed this appeal from the district court's order awarding the states summary judgment.

LIST and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

Eastern District of Pennsylvania Case No. 2:17-cv-04540-WB Opinion & Order (ECF Nos. 356 & 357) granting Plaintiffs' motion for summary judgment, entered on August 13, 2025.

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

The Little Sisters of the Poor have been engaged in litigation over religious exemptions to the federal contraceptive mandate since 2013. Their case went to the Supreme Court in 2016, which directed HHS to create an alternative approach. HHS then promulgated new regulations with a religious accommodation that protected religious organizations, such as the Little Sisters. Several states challenged the new regulation and sought a preliminary injunction against its enforcement. The Little Sisters then intervened, the district court granted the states a preliminary injunction, and the case returned to the Supreme Court in 2020. The Supreme Court reversed, holding that the federal government had the statutory authority to issue the new regulations, and that the rules were procedurally valid. With the case back in the district court, the states moved for summary judgment, claiming that the regulations still needed to be vacated because they were arbitrary and capricious. The district court agreed and awarded Plaintiffs summary judgment. The Little Sisters filed this appeal from the district court's decision awarding summary judgment.

Identify the issues to be raised on appeal:

Whether the plaintiffs have standing, whether the plaintiffs proved that the regulations were arbitrary and capricious under the APA

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this __29__ day of __August__, 20__25__.

/s/Mark Rienzi
--------------------
Signature of Counsel

Rev. 07/2015