IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,** | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 17-4540 |
| **DONALD J. TRUMP, ROBERT F. KENNEDY, JR., UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, SCOTT BESSENT, UNITED STATES DEPARTMENT OF THE TREASURY, LORI CHAVEZ-DeREMER, THE UNITED STATES DEPARTMENT OF LABOR, AND THE UNITED STATES OF AMERICA,** | |
| Defendants, | |
| **LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,** | |
| Defendant-Intervenor. | |

# O R D E R

**AND NOW**, this 13th day of August, 2025, upon consideration of Plaintiffs' Motion for Summary Judgment (ECF Nos. 341 & 345), Defendants' Motion for Summary Judgment (ECF Nos. 343 & 355), and Defendant-Intervenor's Motion for Summary Judgment (ECF Nos. 342 & 354), regarding the Religious Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,4792 & 83 Fed. Reg. 57,536) (the "Religious Exemption Rule") and the Moral Exemptions and Accommodations for Coverage of Certain Preventive Services Under the Affordable Care Act (82 Fed. Reg. 47,838 &

83 Fed. Reg. 57,592) (the "Moral Exemption Rule") (together, the "Rules"), **IT IS HEREBY**

**ORDERED** as follows:

1. Summary Judgment is **GRANTED** and **JUDGMENT** is **ENTERED** in Plaintiffs' favor as to Plaintiffs' claims that the Rules are arbitrary and capricious in violation of 5 U.S.C. § 706(2)(A).

2. Summary Judgment is **GRANTED** and **JUDGMENT** is **ENTERED** in Defendants' and Defendant-Intervenor's favor as to Plaintiffs' claims that the Rules were promulgated in excess of Defendants' statutory authority and in violation of the Administrative Procedure Act's ("APA"), 5 U.S.C. § 551, *et seq.*, notice-and-comment requirement, *id.* § 553.

3. Plaintiffs' claims pursuant to the Equal Protection Guarantee of the Fifth Amendment, U.S. Const. amend. V; Title VII of the Civil Rights Act, 42 U.S.C. § 2000e; and, the Establishment Clause, U.S. Const., amend. I are **DISMISSED WITH PREJUDICE**, upon Plaintiffs' request, pursuant to Federal Rule of Civil Procedure 41(a).

4. The Religious Exemption Rule and the Moral Exemption Rule are **VACATED**.

BY THE COURT:

S/ WENDY BEETLESTONE

**WENDY BEETLESTONE, C.J.**