IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY,<br><br>    Plaintiffs-Appellees,<br><br>    v.<br><br>PRESIDENT UNITED STATES OF AMERICA, et al.,<br><br>    Defendants-Appellants,<br><br>    and<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>    Intervenor-Defendant-Appellant, | Nos. 25-2575 & 25-2662 |

**JOINT MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE THE APPELLANTS' OPENING BRIEFS AND THE CONSOLIDATED JOINT APPENDIX**

Appellants in these consolidated appeals jointly move for a 30-day extension of time, from November 12 to December 12, 2025, in which to file their respective opening briefs and the consolidated joint appendix. Counsel for appellees consent to this motion, but their consent is conditioned on appellants' agreement to a 10-day extension of time, until January 22, 2026, for the filing of appellees' brief; accordingly,

appellants further request that the due date for appellees' brief be extended to January 22, 2026. As good cause for granting this motion, counsel states as follows:

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department and other Executive agencies, including the federal appellants, lapsed. The lapse in appropriations prevents Department of Justice attorneys and employees of the federal appellants from working except in very limited circumstances. *See* 31 U.S.C. § 1342.

2. On October 2, 2025, this Court issued a briefing notice under which appellants' respective opening briefs and the consolidated joint appendix in each appeal are due on November 12, 2025.

3. On October 27, 2025, due to the ongoing lapse in appropriations, the federal appellants filed a motion to stay the briefing schedule, requesting that the current deadline be extended by the total number of days of the lapse of appropriations, plus an additional 14 days. On October 29, the Court ordered that:

> In the event that the lapse extends beyond the [federal appellants'] current deadline, the [federal appellants] will

2

> have fourteen (14) days from the date that the shutdown ends to file its briefs or file a motion seeking additional time. In the event that the lapse does not extend beyond the current deadline, the [federal appellants] shall file its briefs by the current deadline or file a motion for additional time.

4.　　As a result of the lapse in appropriations, counsel for the federal appellants could not work on the opening brief between October 1 and October 29. As a result, counsel will not be able to complete their brief in time for filing by the current November 12 deadline. The 30-day extension requested by this motion is necessary to allow the federal appellants sufficient time to complete their brief and prepare the joint appendix for filing with the Court.

5.　　Intervenor-appellant Little Sisters requests the same extension in order to maintain a consolidated schedule, and because counsel for the Little Sisters are filing multiple Supreme Court briefs on November 12 and 13, 2025.

Therefore, appellants in both of these consolidated appeals jointly request that this Court grant a 30-day extension of the current deadline, from November 12 until December 12, 2025, within which to file their respective opening briefs and the consolidated joint appendix.

Appellants further request that the due date for appellees' brief be extended to January 22, 2026.

Respectfully submitted,

/s/ *Mark L. Rienzi*
MARK L. RIENZI
ERIC C. RASSBACH
LORI H. WINDHAM
ADÈLE A. KEIM
DIANA VERM THOMSON
BENJAMIN A. FLESHMAN
DANIEL L. CHEN
RICHARD C. OSBORNE
The Becket Fund for
   Religious Liberty
1919 Pennsylvania Ave.
   Suite 400
Washington, DC 20006
(202) 955-0095
mrienzi@becketfund.org

*Counsel for Intervenor-Appellant*

BRETT A. SHUMATE
   *Assistant Attorney General*
ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*
SHARON SWINGLE
DEREK WEISS
JACOB CHRISTENSEN

s/ *Jacob Christensen*
(202) 514-5048
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., NW*
   *Room 7515*
   *Washington, DC 20530*

*Counsel for Federal Appellants*

NOVEMBER 2025

# CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains <u>480</u> words.  This motion was prepared using Microsoft Word in Century Schoolbook, 14-point font, a proportionally spaced typeface.

*s/ Jacob Christensen*
Jacob Christensen
