## COMBINED CERTIFICATIONS

I, Eric Kniffin, hereby certify the following:

1. I am a member in good standing of the Bar of the United States Court of Appeals for the Third Circuit. 3d Cir. R. 28.3(d).

2. In accordance with L.A.R. 31.1.(c), a virus check was performed on this brief on December 19 using Microsoft Defender (Version 1.443.206.0) and no virus was detected.

3. In accordance with L.A.R. 31.1(c), the text of the electronic copy of this brief filed using this Court's CM/ECF system is identical to the text in the paper copies to be submitted to the Clerk.

Dated: December 26, 2025

                                              s/ Eric N. Kniffin
                                              Eric N. Kniffin
                                              *Counsel for* Amicus Curiae