No. 25-2575

# United States Court of Appeals for the Third Circuit

COMMONWEALTH OF PENNSYLVANIA AND STATE OF NEW JERSEY,

*Plaintiffs-Appellees,*

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA,

*Defendants-Appellants,*

and

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,

*Intervenor-Defendant-Appellant.*

On Appeal from the U.S. District Court for the
Eastern District of Pennsylvania, No. 2:17-cv-04540-WB
(Hon. Chief Judge Wendy Beetlestone, U.S.D.J.)

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*
ETHICS AND PUBLIC POLICY CENTER
IN SUPPORT OF INTERVENOR-APPELLANT**

ERIC N. KNIFFIN
ETHICS & PUBLIC POLICY CENTER
1730 M Street, N.W.
 Suite 910
Washington, DC 20036
(202) 682-1200
ekniffin@eppc.org

*Counsel for* Amicus Curiae

December 26, 2025

**MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE*  
ETHICS AND PUBLIC POLICY CENTER IN SUPPORT OF  
INTERVENOR-APPELLANT**

For the reasons stated below, Amicus Ethics and Public Policy Center (EPPC) moves for leave to file its proposed amicus brief out of time.

1. *Amicus Curiae* is a nonprofit research institution dedicated n international nonprofit organization dedicated to applying the Judeo-Christian moral tradition to critical issues of public policy, law, culture, and politics, including on matters of religious liberty. EPPC scholars have extensive experience on the federal contraception mandate, administrative law, and the Administrative Procedure Act.

2. The District Court's decision is related to a longstanding legal battle over the federal contraception mandate and the "accommodation" created by federal agencies in response to religious employers' religious liberty concerns.

3. As an aid to the Court, *Amicus Curiae's* brief reviews the history of federal appellate decisions on this accommodation to the federal contraception mandate, including three decisions

1

from the Third Circuit. The brief argues that the Third Circuit erred by accepting incorrect and uncorroborated claims made by other circuits affirming that federal agencies' had statutory authority to make the accommodation work without substantially burdening objecting employers' religious exercise. The brief analyzes ERISA and caselaw interpreting ERISA to show that decisions of this Court, decisions on which the district court relied, incorrectly described how the accommodation works because they incorrectly described the Department of Labor's authority over plan administrators under ERISA. The brief urges the Court to revisit its 2015 holding in *Geneva College* in light of the provided statutory analysis.

4. Intervenor-Appellant Little Sisters of the Poor filed its opening brief on December 12, 2025.

5. As such, under Fed. R. App. P. 26(a)(4)(B) and 3rd Cir. L.A.R. 26.1, *Amicus'* deadline for filing electronically an amicus brief in support of Intervenor-Appellant was 5 p.m. on December 19, 2025.

6. Undersigned attorney did not file the proposed *amicus* brief until after hours on December 19, 2025 due to unforeseen family commitments on December 18 and December 19.

7. Undersigned attorney pledges to be mindful of the Court's 5 p.m. deadline in future filings.

8. The late filing of the proposed *amicus* brief will not result in any prejudice to Plaintiffs-Appellees or the Court.

For the above-mentioned reasons, *Amicus Curiae* respectfully asks that this Court grant it leave to file the enclosed brief in support of Plaintiff-Appellant.

                                          Respectfully submitted,

                                          s/ Eric N. Kniffin
                                          ERIC N. KNIFFIN
                                          ETHICS & PUBLIC POLICY CENTER
                                          1730 M Street, N.W.
                                           Suite 910
                                          Washington, DC 20036
                                          (202) 682-1200
                                          ekniffin@eppc.org

December 26, 2025              *Counsel for* Amicus Curiae

## COMBINED CERTIFICATIONS

1. This motion complies with the typeface and typestyle requirements of Fed. Rs. App. P. 32(a)(5) and 32(a)(6) because the motion has been prepared in proportionally spaced typeface using Microsoft Word 14 point Century Schoolbook font;

2. This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because this motion contains 375 words, excluding the accompanying documents authorized by Rule 27(a)(2)(B), as calculated using the word count function on Microsoft Word software;

3. In accordance with L.A.R. 31.1.(c), a virus check was performed on this brief on December 26 using Microsoft Defender (Version 1.443.345.0) and no virus was detected.

Dated: December 26, 2025

s/ Eric N. Kniffin
Eric N. Kniffin
*Counsel for* Amicus Curiae
