# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Nos. 25-2575 & 25-2662

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY,
*Plaintiffs-Appellees*,

v.

PRESIDENT OF THE UNITED STATES OF AMERICA; SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA,
*Defendant-Appellants,*
and

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,
*Intervenor-Defendant-Appellant*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (No. 17-4540)

**PLAINTIFFS-APPELLEES' MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

| | |
|---|---|
| MATTHEW J. PLATKIN<br>*Attorney General of New Jersey* | JENNIFER C. SELBER<br>*General Counsel of the*<br>*Commonwealth of Pennsylvania* |
| JEREMY M. FEIGENBAUM<br>*Solicitor General* | MICHAEL J. FISCHER<br>*Executive Deputy General Counsel* |
| SHANKAR DURAISWAMY<br>*Deputy Solicitor General* | AIMEE D. THOMSON<br>*Deputy General Counsel* |
| JANINE BALEKDJIAN<br>*Special Assistant to the*<br>*Solicitor General* | Governor's Office of General Counsel<br>30 North Third Street, Suite 200<br>Harrisburg, PA 17101<br>(223) 234-4986 |
| JOSHUA P. BOHN<br>MEGHAN K. MUSSO<br>*Deputy Attorneys General* | |
| Office of the New Jersey Attorney General<br>R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 080<br>Trenton, NJ 08625-112<br>(609) 696-5366 | |
| | *Attorneys for Plaintiffs-Appellees* |

---

In accordance with Appellate Rule 27, Plaintiffs-Appellees (the "States") respectfully request leave to file a single overlength brief of no more than 18,000 words in response to the separate briefs filed by Defendant-Appellants (the "Agencies") (12,502 words) and Intervenor-Defendant Appellant ("Little Sisters")

1

(12,730 words). The States' brief is due on January 22, 2026. The Agencies take no position on this request. Counsel reached out to counsel for Little Sisters on January 13 and 14, 2026, but did not receive any response.

As this Court's Standing Order recognizes, a motion to exceed the page or word limitation may be granted where an "appellee seeks to file a single responsive brief" in a multi-appellant consolidated appeal. *Third Circuit Standing Order Regarding Motions To Exceed The Page Limitations Of The Federal Rules Of Appellate Procedure* (January 9, 2012). That is this case: as directed by the Court, the States must respond to two distinct merit arguments from two different appellants in a single brief. *See* Order, Nos. 25-2575 & 25-2662 (3d Cir. Sept. 5, 2025) (consolidating appeals and ordering the States to file a single consolidated brief).

An overlength brief is especially appropriate here because the two appellant briefs raise multiple distinct, non-overlapping legal arguments that require separate responses from the States. For example, Little Sisters' brief raises unique standing arguments that are not raised by the Agencies, Int.Br.23-37, while the Agencies make arguments regarding the moral exemption rule that are not addressed by Little Sisters, Fed.Br.57-62. Leave to file an overlength brief is necessary so the States can meaningfully respond to the full panoply of arguments presented by the two sets of appellants. To be sure, the States are working diligently to present their arguments

efficiently; an appellee brief of no more than 18,000 words will still be less than 75 percent the combined length of the two appellant briefs.

The States respectfully request that this Court grant the motion for overlength brief and permit the States to file a brief of no more than 18,000 words.

Respectfully submitted,

Dated January 14, 2026

/s/ *Joshua P. Bohn*

Joshua P. Bohn

*Deputy Attorney General*
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0080
(609) 696-5366
Joshua.Bohn@law.njoag.gov
*Attorney for Plaintiffs-Appellees*

## COMBINED CERTIFICATIONS

1. This motion complies with the type-volume limitations imposed by Federal Rules of Appellate procedure 27(d). It contains 335 words.

2. This motion complies with the typeface and typestyle requirements of Federal Rule 32(a)(5) and 32(a)(6). It has been prepared in a proportionally-spaced typeface using Microsoft Word in 14-point Times New Roman font.

3. This motion complies with the electronic filing requirements of Local Rule 25. This document was scanned for viruses using Microsoft Defender and no virus has been detected.

4. On January 14, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

Dated January 14, 2026

/s/ *Joshua P. Bohn*
Joshua P. Bohn

*Deputy Attorney General*
Office of the New Jersey Attorney General
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 112
Trenton, NJ 08625-0080
(609) 696-5366
Joshua.Bohn@law.njoag.gov
*Attorney for Plaintiffs-Appellees*