UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

XCO-015

Nos. **25-2575 & 25-2662**

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA,
Appellants in No. 25-2662

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME
(Intervenor in D.C.),
Appellant in No. 25-2575

(E.D. Pa. No. 2:17-cv-04540)

Present: HARDIMAN, RESTREPO, and PHIPPS, *Circuit Judges*

1. Motion by Appellees for Leave to File Overlength Brief.

Respectfully,
Clerk/kr

_____ORDER_____

The foregoing motion is granted. Appellees' brief containing no more than 18,000 words must be filed and served within fourteen (14) days of the date of this Order. This Order does not authorize any other brief to exceed the length limitations found in the Federal Rules of Appellate Procedure.

By the Court,

s/Thomas M. Hardiman
Circuit Judge

Dated: February 11, 2026
kr/cc: All Counsel of Record