Nos. 25-2575 & 25-2662
IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

COMMONWEALTH OF PENNSYLVANIA & STATE OF NEW JERSEY,

Plaintiffs-Appellees,

v.

PRESIDENT UNITED STATES OF AMERICA; SECRETARY UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; SECRETARY UNITED STATES DEPARTMENT OF TREASURY; UNITED STATES DEPARTMENT OF TREASURY; SECRETARY UNITED STATES DEPARTMENT OF LABOR; UNITED STATES DEPARTMENT OF LABOR; UNITED STATES OF AMERICA,

Defendants-Appellants,

and

LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,

Intervenor-Defendant-Appellant.

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
No. 2:17-CV-04540-WB

**PROPOSED AMICI CURIAE AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE AND NATIONAL WOMEN'S LAW CENTER'S UNOPPOSED MOTION TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFFS-APPELLEES**

In accordance with Appellate Rule 27, proposed *Amici Curiae* Americans United for Separation of Church State and the National Women's Law Center respectfully request leave to attach an appendix to their brief in support of Plaintiffs-Appellees listing the names of the organizations and individuals co-signing the brief. *Amici* ask that this appendix be excluded from the brief's word count. *Amici* do not request any other enlargement of the word count.

Defendants-Appellants, Intervenor-Appellant, and Plaintiffs-Appellees have consented to *Amici*'s brief and do not oppose this motion.

As this Court's Standing Order recognizes, a motion to exceed the page or word limitation may be granted "upon demonstration of extraordinary circumstances." *Third Circuit Standing Order Regarding Motions to Exceed the Page Limitations of the Federal Rules of Appellate Procedure* (January 9, 2012). This case presents extraordinary circumstances: due to the broad potential impact of this matter, more than sixty entities seek to co-sign the proposed brief. Listing all these parties in the body of the brief would significantly reduce *Amici*'s word count for other sections of the brief and force *Amici* to either cut substantial arguments or limit the number of co-signers. Allowing an

appendix to this proposed brief is appropriate to ensure all interested parties can be heard by this Court. *Amici* therefore respectfully request that this Court grant proposed *Amici*'s motion to file an overlength brief solely for purpose of attaching an appendix listing the brief's co-signers.

Respectfully submitted,

Dated February 17, 2026

/s/ *Michelle Banker*

Michelle Banker
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
Tel.: (202) 588-5180
mbanker@nwlc.org
*Attorney for Proposed Amici Curiae*

## COMBINED CERTIFICATIONS

1. This motion complies with the type-volume limitations imposed by the Federal Rules of Appellate procedure 27(d). It contains 236 words.

2. This motion complies with the typeface and typestyles requirements of Federal Rule 32(a)(5) and 32(a)(6). It has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

3. On February 17, 2026, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using he appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

Dated February 17, 2026

/s/ *Michelle Banker*

Michelle Banker
NATIONAL WOMEN'S LAW CENTER
1350 I Street NW, Suite 700
Washington, DC 20005
Tel.: (202) 588-5180
mbanker@nwlc.org
*Attorney for Proposed Amici Curiae*