UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2575 & 25-2663

Commonwealth of Pennsylvania v. President United States of America

To: Clerk

1) Unopposed Motion by Proposed Amici Curiae Americans United for Separation of Church and State and National Women's Law Center to File Overlength Brief in Support of Plaintiffs-Appellees

---

The foregoing motion is granted in this instance only. At the time of filing their brief, Amici may attach a separate listing of the co-signers to the brief. The brief itself must otherwise comply with Federal Rule of Appellate Procedure 29 and all other applicable rules. It also may not otherwise exceed the word limitation set in the Federal Rules of Appellate Procedure.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 20, 2026

kr/cc: All Counsel of Record