Nos. 25-2575 & 25-2662

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY,
*Plaintiffs-Appellees,*

v.

PRESIDENT UNITED STATES OF AMERICA, *et al.*,
*Defendants-Appellants in No. 25-2662*,

and

LITTLE SISTERS OF THE POOR SAINTS PETER & PAUL HOME,
*Intervenor-Defendant-Appellant in No. 25-2575.*

U.S. District Court E.D. Pa. No. 2:17-cv-04540

# ADDENDUM TO BRIEF FOR APPELLEES

| | |
|---|---|
| JENNIFER DAVENPORT | JENNIFER C. SELBER |
| Attorney General, State of New Jersey | General Counsel of the Commonwealth of Pennsylvania |
| JEREMY M. FEIGENBAUM | |
| Solicitor General | MICHAEL J. FISCHER |
| SHANKAR DURAISWAMY | Executive Deputy General Counsel |
| Deputy Solicitor General | AIMEE D. THOMSON |
| JANINE S. BALEKDJIAN | Deputy General Counsel |
| JOSHUA P. BOHN | Governor's Office of |
| MEGHAN MUSSO |   General Counsel |
| Deputy Attorneys General | 30 North Third Street, Suite 200 |
| New Jersey Attorney General's Office | Harrisburg, PA 17101 |
| 25 Market Street | (223) 234-4986 |
| Trenton, NJ 08625 | aimeethomson@pa.gov |
| (609) 696-5366 | |
| joshua.bohn@law.njoag.gov | February 26, 2026 |

| | |
|---|---|
| February 26, 2026 | Respectfully submitted, |
| JENNIFER DAVENPORT<br>Attorney General, State of New Jersey<br>JEREMY M. FEIGENBAUM<br>Solicitor General<br>SHANKAR DURAISWAMY<br>Deputy Solicitor General<br>JANINE S. BALEKDJIAN<br>JOSHUA P. BOHN<br>MEGHAN MUSSO<br>Deputy Attorneys General<br><br>/s/ *Joshua P. Bohn*<br>New Jersey Attorney General's Office<br>25 Market Street<br>Trenton, NJ 08625<br>(609) 696-5366<br>joshua.bohn@law.njoag.gov<br><br>*Counsel for State of New Jersey* | JENNIFER C. SELBER<br>General Counsel of the<br>  Commonwealth of Pennsylvania<br>MICHAEL J. FISCHER<br>Executive Deputy General Counsel<br><br>/s/ *Aimee D. Thomson*<br>AIMEE D. THOMSON<br>Deputy General Counsel<br>Governor's Office of<br>  General Counsel<br>30 North Third Street, Suite 200<br>Harrisburg, PA 17101<br>(223) 234-4986<br>aimeethomson@pa.gov<br><br>*Counsel for Commonwealth of Pennsylvania* |

## CERTIFICATE OF SERVICE

I, Joshua Bohn, hereby certify that a copy of this response has been served on all counsel of record using the Court's CM/ECF system.

February 26, 2026  /s/ *Joshua P. Bohn*