# UNITED STATES COURT OF APPEALS FOR

**No.** _____

_____ vs. _____

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

_____

Indicate the party's role IN THIS COURT (check **only** one):

    ____ Petitioner(s)      ____ Appellant(s)      ____ Intervenor(s)

    ____ Respondent(s)      ____ Appellee(s)      ____ Amicus Curiae

(Type or Print) Counsel's Name _____

    ____ Mr.    ____ Ms.    ____ Mrs.    ____ Miss    ____ Mx.

Firm _____

Address _____

City, State, Zip Code _____

Phone _____ Fax _____

**Primary E-Mail Address (required)** _____
**Additional E-Mail Address (1)** _____
**Additional E-Mail Address (2)** _____
**Additional E-Mail Address (3)** _____

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: _____

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

Additional Sheet Listing Amici Represented

Commonwealth of Pennsylvania and State of New Jersey v. United States et, al.

No. 25-2575 & 25-2662

- AIDS United
- American Association of University Women
- American Civil Liberties Union
- American Civil Liberties Union of New Jersey
- American Civil Liberties Union of Pennsylvania
- American Society for Emergency Contraception
- Americans United for Separation of Church and State
- Autistic Self Advocacy Network
- Autistic Women & Nonbinary Network
- California Women's Law Center
- Central Atlantic Conference of the United Church of Christ
- Central Florida Birth Network
- Chicago Abortion Fund
- Clearinghouse on Women's Issues
- DignityUSA
- Disability Rights Education and Defense Fund
- Equality California
- eTeam Show Productions and Hope Project Inc.
- Fair Wisconsin
- Families USA
- Feminist Majority Foundation
- Florida Interfaith Coalition for Reproductive Health and Justice
- Florida National Organization for Women

- Garden State Equality Action Fund
- Gender Justice
- Gender Justice League
- Global Justice Institute, Metropolitan Community Churches
- Hindu American Foundation
- If/When/How: Lawyering for Reproductive Justice
- Implementing Contraceptive Access Now
- Indivisible Pro-Choice Pinellas
- Jane's Due Process
- Japanese American Citizens League
- Lambda Legal Defense and Education Fund, Inc.
- Lawyers for Good Government
- Methodist Federation for Social Action
- Mississippi Center for Justice
- Montanans for Choice Take Action
- National Abortion Federation
- National Asian Pacific American Women's Forum
- National Association for the Advancement of Colored People
- National Council of Jewish Women
- National Health Law Program
- National Latina Institute for Reproductive Justice
- National LGBTQ+ Bar Association
- National Network of Abortion Funds
- National Organization for Women Foundation
- National Partnership for Women & Families
- National Women's Law Center

- Pennsylvania State Representative Mary Jo Daley
- People Power United
- Planned Parenthood Federation of America
- Reproaction
- Reproductive Equity Now Foundation
- Reproductive Freedom for All
- RISE Collective
- Rocky Mountain Equality
- Sadhana: Coalition of Progressive Hindus
- Society for Humanistic Judaism
- State Innovation Exchange
- The Advocates for Human Rights
- The Jane Network
- The Lawyering Project
- The Welcome Project Pennsylvania
- Women's Law Project