**No.** 25-2575 & 25-2662

Pennsylvania, et al.          vs. United States, et al.

**ENTRY OF APPEARANCE**

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

All Parties Listed in Appendix A

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)          ☐ Appellant(s)          ☐ Intervenor(s)

☐ Respondent(s)          ☐ Appellee(s)          ☑ Amicus Curiae

(Type or Print) Counsel's Name Kaitlyn Golden

☐ Mr.    ☑ Ms.    ☐ Mrs.    ☐ Miss    ☐ Mx.

Firm Democracy Forward Foundation

Address P.O. Box 34553

City, State, Zip Code Washington, DC 20043

Phone (202) 448-9090          Fax

**Primary E-Mail Address (required)** kgolden@democracyforward.org
**Additional E-Mail Address (1)**
**Additional E-Mail Address (2)**
**Additional E-Mail Address (3)**

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

**SIGNATURE OF COUNSEL:** /s/ Kaitlyn Golden

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

REV. 10/20/2020

## Appendix A

American College of Obstetricians and Gynecologists

American Academy of Family Physicians

American College of Medical Genetics and Genomics

American College of Nurse-Midwives

American College of Physicians

American Gynecological & Obstetrical Society

American Society for Reproductive Medicine

American Medical Women's Association

North American Society for Pediatric and Adolescent Gynecology, Society of General Internal Medicine

Society of General Internal Medicine

Society of Gynecologic Oncology