# IN THE UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA; STATE OF NEW JERSEY,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>PRESIDENT UNITED STATES OF AMERICA, et al.,<br><br>    Defendants-Appellants,<br><br>    and<br><br>LITTLE SISTERS OF THE POOR SAINTS PETER AND PAUL HOME,<br><br>    Intervenor-Defendant-Appellant, | Nos. 25-2575 & 25-2662 |

## JOINT MOTION FOR A 7-DAY EXTENSION OF TIME TO FILE THE APPELLANTS' REPLY BRIEFS

Appellants in these consolidated appeals jointly move for a 7-day extension of time, from March 18 to March 25, 2026, in which to file their respective reply briefs.  Appellees do not oppose this motion.

As good cause for granting this motion, counsel states as follows:

1.    Last week, appellees filed an oversized brief with 17,894 words.  This week, four amicus briefs supporting appellees were filed.

Appellants request additional time to respond to this additional briefing.

2.    Defendants-appellants' extension is also warranted in light of government counsel's scheduling conflicts and other pressing appellate matters.  Deputy Assistant Attorney General Eric D. McArthur is on a previously scheduled vacation this week.  One of the line attorneys, Jacob Christensen, is temporarily unavailable due to other time-sensitive projects.  Among other matters, Sharon Swingle, the attorney with supervisory responsibility over this case, also has supervisory responsibility over the following appellate matters (among others): Holland v. Bondi, No. 25-5373 (D.C. Cir.) (red brief due Mar. 23); Agyeman v. Bondi, No. 25-5360 (D.C. Cir.) (red brief due Mar. 23).

3.    Intervenor-appellant Little Sisters requests the same extension in order to maintain a consolidated schedule, and because counsel for the Little Sisters have summary judgment briefing due in federal court on March 13, and a Supreme Court brief due on March 16.

4.    Therefore, appellants in both of these consolidated appeals jointly request that this Court grant a 7-day extension of the current

deadline, from March 18 until March 25, 2026, within which to file their

respective reply briefs.

Respectfully submitted,

/s/ Mark L. Rienzi

MARK L. RIENZI
ERIC C. RASSBACH
LORI H. WINDHAM
ADÈLE A. KEIM
DIANA VERM THOMSON
BENJAMIN A. FLESHMAN
DANIEL L. CHEN
RICHARD C. OSBORNE
The Becket Fund for
   Religious Liberty
1919 Pennsylvania Ave.
   Suite 400
Washington, DC 20006
(202) 955-0095
mrienzi@becketfund.org

*Counsel for Intervenor-Appellant*

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

SHARON SWINGLE

s/ Derek Weiss

DEREK WEISS
JACOB CHRISTENSEN

(202) 616-5365
   *Attorneys, Appellate Staff*
   *Civil Division*
   *U.S. Department of Justice*
   *950 Pennsylvania Ave., NW*
   *Room 7230*
   *Washington, DC 20530*

*Counsel for Federal Appellants*

MARCH 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume requirements set out in Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 264 words. This motion was prepared using Microsoft Word in Century Schoolbook, 14-point font, a proportionally spaced typeface.

*s/ Derek Weiss*
Derek Weiss