OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U NITED S TATES C OURT OF A PPEALS

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995



May 14, 2026

Michelle Banker, Esq.
Julie M. Blake, Esq.
Joshua P. Bohn, Esq.
Gerard J. Cedrone, Esq.
Daniel Chen, Esq.
Jacob E. Christensen, Esq.
Paul D. Clement, Esq.
Michael J. Fischer, Esq.
Benjamin A. Fleshman, Esq.
Kaitlyn Golden, Esq.
Oscar Heanue, Esq.
Adele A. Keim, Esq.
Meredith H. Kessler, Esq.
Eric N. Kniffin, Esq.
John Archer Meiser, Esq.
Andrew J. Morris, Esq.
Erin E. Murphy, Esq.
Meghan Musso, Esq.
Francisco M. Negron Jr., Esq.
Richard C. Osborne, Esq.
Eric C. Rassbach, Esq.
Mark L. Rienzi, Esq.
Gene C. Schaerr, Esq.
Aimee D. Thomson, Esq.
Diana M. V. Thomson, Esq.
Derek Weiss, Esq.
Lori H. Windham, Esq.

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2575
District Court Case Number: 2:17-cv-04540

Page – 2 –                                          May 14, 2026

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2575
District Court Case Number: 2:17-cv-04540

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits for
**Tuesday, July 07, 2026,** in **PHILADELPHIA, PA.**  It may become necessary for the panel to
move this case to another day within the **week of July 06, 2026.** Counsel will be notified if such
a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time
allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.)
Approximately 18 calendar days prior to the first day of the panel sitting, you will be advised
whether oral argument will be required, the amount of time allocated by the panel, and the
specific date on which argument will be scheduled. Pursuant to Fed. R. App. P. 29(a)(8), an
amicus curiae may participate in oral argument only with the Court's permission.

Counsel shall file an acknowledgment form **within seven (7) days** from the date of this letter to
provide the name of the attorney who will present oral argument if the panel determines
argument is necessary. In addition, please indicate whether or not counsel is a member of the bar
of this Court. [1]If the attorney is not a member of the bar of this Court, an application for
admission shall be completed and submitted to this office without delay.

The hyperlinks for access to the acknowledgment form, application for admission, and
appearance form are provided for your convenience, and are also available on the Third Circuit
website.  Please file your completed acknowledgment form through CM/ECF.

Counsel are also asked to update their PACER account with a cell phone number if one is not
already included.  Such information will not be publicly accessible and will be used if necessary
to contact counsel expected to appear for oral arguments.

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932

---

[1] Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party
is appearing pro se.