# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No.** 25-2575 & 25-2662

Commonwealth of Pennsylvania, et al.   vs.   President United States of America, et al.

Calendar Date 07/07/2026          Location Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: Aimee D. Thomson

Designation of Arguing Counsel: Aimee D. Thomson

Member of the Bar:   ✓ Yes      ☐ No

Representing (check only one):

☐ Petitioner(s)      ☐ Appellant(s)      ☐ Intervenor(s)

☐ Respondent(s)      ✓ Appellee(s)      ☐ Amicus Curiae

Please list the name of the lead party being represented:

Commonwealth of Pennsylvania & State of New Jersey

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)