# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2575

Commonwealth of Pennsylvania, et al.    vs.    President United States of America, et al.

Calendar Date  07/07/2026        Location  Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by:  Mark L. Rienzi

Designation of Arguing Counsel:  Mark L. Rienzi

Member of the Bar:  ☑ Yes        ☐ No

Representing (check only one):

☐ Petitioner(s)        ☐ Appellant(s)        ☑ Intervenor(s)

☐ Respondent(s)        ☐ Appellee(s)        ☐ Amicus Curiae

Please list the name of the lead party being represented:

Little Sisters of the Poor Saints Peter and Paul Home

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)