OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



# United States Court of Appeals

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE

215-597-2995

June 22, 2026

Michelle Banker, Esq.
Julie M. Blake, Esq.
Joshua P. Bohn, Esq.
Gerard J. Cedrone, Esq.
Daniel Chen, Esq.
Jacob E. Christensen, Esq.
Paul D. Clement, Esq.
Michael J. Fischer, Esq.
Benjamin A. Fleshman, Esq.
Kaitlyn Golden, Esq.
Oscar Heanue, Esq.
Adele A. Keim, Esq.
Meredith H. Kessler, Esq.
Eric N. Kniffin, Esq.
Eric D. McArthur, Esq.
John Archer Meiser, Esq.
Andrew J. Morris, Esq.
Erin E. Murphy, Esq.
Meghan Musso, Esq.
Francisco M. Negron Jr., Esq.
Richard C. Osborne, Esq.
Eric C. Rassbach, Esq.
Mark L. Rienzi, Esq.
Gene C. Schaerr, Esq.
Sharon Swingle, Esq.
Aimee D. Thomson, Esq.
Diana M. V. Thomson, Esq.
Derek Weiss, Esq.
Lori H. Windham, Esq.

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2575/25-2662
District Court Case Number: 2:17-cv-04540

Page – 2 –                                          June 22, 2026

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2575/25-2662
District Court Case Number: 2:17-cv-04540


Dear Counsel:

The Court has directed me to advise counsel in the above-entitled case that oral argument on the merits is scheduled on **Tuesday, July 07, 2026**.  Counsel will be allotted **30 minutes** oral argument time for each side.  Pursuant to Fed. R. App. P. 29(a)(8), an amicus curiae may participate in oral argument only with the Court's permission.

Court will convene at **10:00 a.m.** and argument in this matter is scheduled in **The Albert Branson Maris Courtroom, (19th Floor, U.S. Courthouse, 6th & Market Sts., Philadelphia, PA.)** Counsel who will present oral argument should register with the Court Crier in the courtroom 30 minutes prior to the time when court is scheduled to convene.

Counsel should read the instructions for oral argument.  If multiple parties are arguing for each side, counsel shall file a division of time form (a writeable form), if necessary, through CM/ECF.

Appellants and Appellees are asked to provide very brief summaries of the issues in the case by docketing the **Summary of Oral Argument** event, located in the **Argument Notices & Acknowledgements** category, within five (5) business days.  This is part of a program to provide the public with information about the Court's cases.  The summaries will be posted on the Court's website.

Page – 3 –                                        June 22, 2026

RE: Commonwealth of Pennsylvania, et al v. President United States of America, et al
Case Number: 25-2575/25-2662
District Court Case Number: 2:17-cv-04540

Audio of arguments is posted on the Court's website shortly after the conclusion of arguments.  In addition, the Court may direct that <u>video</u> of oral argument[1] in cases that are of significant interest to the public, the bar or the academic community be posted on the website.  In order to assist the Court in this determination, Appellants and Appellees will be asked, when providing the summary of oral argument, whether they recommend that video be posted or whether they object to the posting of video.  Whether video is posted is within the sole discretion of the judges hearing oral argument.  The panel of the Court will determine after oral argument whether video of any argument should be posted.  Attorneys will be notified if video will be posted and given a further opportunity to object by close of business the next day.

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be argued before the following panel: **KRAUSE, FREEMAN and ROTH, Circuit Judges**

Very truly yours,

*Patricia A Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By: Patrick
Calendar Clerk
267-299-4932

---

[1] Only arguments scheduled in the Albert Branson Maris and Collins J. Seitz courtrooms in Philadelphia, PA are video recorded.