No. 25-2575

## IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

COMMONWEALTH OF PENNSYLVANIA,
et al.,

*Plaintiffs-Appellees*,

*v.*

PRESIDENT OF THE UNITED STATES OF AMERICA,

et al.,

*Defendants-Appellees*,

On Appeal from the United States District Court for the
Eastern District of Pennsylvania
Case No. 2:17-cv-04540 (Hon. Wendy Beetlestone)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Senior Deputy Attorney General Lisa E. Eisenberg files this notice of withdrawal of appearance as counsel for Plaintiff-Appellee Commonwealth of Pennsylvania. Michael J. Fischer, Aimee D. Thomson, and Nicole J. Boland will continue to represent the Commonwealth of Pennsylvania in this matter.

Dated: July 10, 2026

Respectfully submitted,

*s/ Lisa E. Eisenberg*
Pennsylvania Office of Attorney General
PA Bar No. 324701
1600 Arch St. Suite 300
Philadelphia, PA 19103
leisenberg@attorneygeneral.gov
Tel: (215) 316-9807

Michael J. Fischer
Aimee D. Thomson
Nicole J. Boland
Governor's Office of General Counsel
333 Market St., 17th Floor
Harrisburg, PA 17101

*Counsel for the Commonwealth of Pennsylvania*